THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* MORRIS MALINSKI and SIDNEY RUDISH, Appellants.

Submitted June 12, 1944; decided June 14, 1944.

Motion by appellants for reargument denied.   (See 292 N. Y. 360.)